IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| JAMOYA A.,[1] | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil No. 3:22-cv-804-RCY-SLS |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**FINAL ORDER**
**(Adopting Report & Recommendation)**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Summer L. Speight entered on February 12, 2024 (ECF No. 20). The time to file objections has expired, and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1) The Report and Recommendation of Judge Speight (ECF No. 20) is ACCEPTED and ADOPTED as the OPINION of the Court;

(2) Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED IN PART and GRANTED IN PART for the reasons articulated in the adopted Report and Recommendation (ECF No. 20);

(3) Defendant's Motion for Summary Judgment (ECF No. 16) is DENIED;

(4) The final decision of the Commissioner is REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants by their first names and last initials in social security cases.

        administrative proceedings consistent with this Final Order and the adopted Report and Recommendation; and

(5)    The Clerk is DIRECTED to close this case.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                              /s/ RCY
                                      Roderick C. Young
                                      United States District Judge

Richmond, Virginia
Date: March 1, 2024